**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

| | |
|---|---|
| **PREMIUM NUTRITIONAL** ) | |
| **PRODUCTS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action |
| v. ) | |
| ) | No. 07-CV-2098-KHV |
| ) | |
| **DAN DUCOTE and JOANNE DUCOTE d/b/a** ) | |
| **DUCOTE'S PARROTPLACE,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER TO SHOW CAUSE

This matter comes before the Court on <u>Plaintiff Premium Nutritional Products, Inc.'s Motion For An Order To Show Cause Why Defendants Dan Ducote And Joanne Ducote D/B/A DuCote's Parrotplace Should Not Be Held In Contempt Of This Court's Consent Judgment And Permanent Injunction Of July 31, 2007 And Sanctioned</u> (Doc. #8) filed December 6, 2007.

For substantially the reasons set forth in plaintiff's <u>Memorandum In Support</u> (Doc. #9), the Court finds that plaintiff's motion should be sustained.

**IT IS THEREFORE ORDERED that on or before February 11, 2008, defendants shall show cause in writing why the Court should not hold them in contempt of the <u>Consent Judgment And Permanent Injunction</u> (Doc. #7) filed July 31, 2007. If defendants do not respond, the Court shall proceed to impose sanctions, which may include an accounting, disgorgement of the Ducotes' profits, trebling of those damages, destruction of all marketing materials and packaging that bear the infringing marks, and Premium's attorney's fees and costs in bringing this motion, among others.**

Dated this 28th day of January, 2008 at Kansas City, Kansas.

 s/Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge